## PEPE *v.* DELAWARE.

No. 345.  Decided November 6, 1961.

*John Merwin Bader* for petitioner.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## PONCA WHOLESALE MERCANTILE CO. *v.* ROCKY MOUNTAIN WHOLESALE CO., INC.

No. 352.  Decided November 6, 1961.

*James T. Paulantis* for appellant.
*Louis C. Lujan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.